**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01696-CR
No. 05-12-01697-CR
No. 05-12-01698-CR
No. 05-12-01701-CR

**CARL STOVALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-57483-Q, F11-19054-Q, F12-54176-Q, and F12-54177-Q**

## ORDER

The State's motion for an extension of time in which to file its brief is **GRANTED**. The brief, which was filed simultaneously with the State's motion, is deemed timely filed as of the date received.


/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE